# Notice Recipients

District/Off: 0976−8    User: admin    Date Created: 05/30/2022
Case: 22−40199−JMM    Form ID: 309A    Total: 24

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Kent Robinson | P.O. Box 65 | Malta, ID 83342 | | |
| jdb | Naomi Robinson | P.O. Box 65 | Malta, ID 83342 | | |
| ust | US Trustee | Washington Group Central Plaza | 720 Park Blvd, Ste 220 | Boise, ID 83712 | |
| tr | Patrick John Geile | PO Box 925 | Meridian, ID 83680 | | |
| aty | Alexandra O Caval | Caval Law Office, P.C. | POB 1716 | Twin Falls, ID 83303 | |
| 5252801 | AGCO Finance LLC | P.O. Box 2000 | Johnston, IA 50131−0020 | | |
| 5252802 | AgDirect | P.O. Box 2409 | Omaha, NE 68103−2409 | | |
| 5252803 | Agri−Service Inc. | c/o Stole Rives | 101 S. Capitol Blvd., Ste. 1900 | Boise, ID 83702 | |
| 5252804 | Bill Nelson | 1975 W 3600 N | Weston, ID 83286 | | |
| 5252805 | CitizenOne | P.O. Box 42033 | Providence, RI 02940−2033 | | |
| 5252806 | Dockter & Hardwicke | P.O. Box 743 | Rupert, ID 83350 | | |
| 5252807 | EFG | 88 East Broadway | Eugene, OR 97401 | | |
| 5252808 | First Federal Bank | P.O. Box 249 | Twin Falls, ID 83303 | | |
| 5252809 | First Federal Savings Bank | 383 Shoshone St N | Twin Falls, ID 83301 | | |
| 5252810 | Ford Motor Credit | P.O. Box 6248 | Dearborn, MI 48121 | | |
| 5252811 | G.J. Verti−Line Pumps, Inc. | c/o Coleman, Ritchie & Jacobson | P.O. Box 525 | Twin Falls, ID 83303 | |
| 5252812 | Idaho State Tax Commission | P.O. Box 36 | Boise, ID 83722 | | |
| 5252813 | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101−7346 | | |
| 5252814 | John Deere Financial | 6400 NW 86th Street | P.O. Box 6600 | Johnston, IA 50131−6600 | |
| 5252815 | Johnson May | 199 N. Capitol Blvd, Ste 200 | Boise, ID 83702 | | |
| 5252816 | Olsen Taggart PLLC | P.O. Box 3005 | Idaho Falls, ID 83403 | | |
| 5252817 | Rafter Eleven LLC | P.O. Box 65 | Medimont, ID 83842 | | |
| 5252818 | Redd Ranches LLC | c/o Parsons Behle Latimer | 350 Memorial Dr., Ste 300 | Idaho Falls, ID 83402 | |
| 5252819 | Riverview Ranches of Nevada LLC | c/o: Ray, Quinney & Nebeker | P.O. Box 45385 | Salt Lake City, UT 84145 | |

TOTAL: 24