# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976−8 | User: admin | Date Created: 6/17/2022 |
| Case: 22−40199−JMM | Form ID: ntcasset | Total: 24 |

**Recipients of Notice of Electronic Filing:**
ust　　US Trustee　　ustp.region18.bs.ecf@usdoj.gov
tr　　Patrick John Geile　　pgeile@foleyfreeman.com
aty　　Alexandra O Caval　　alex@cavallawoffice.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　Kent Robinson　　P.O. Box 65　　Malta, ID 83342
jdb　　Naomi Robinson　　P.O. Box 65　　Malta, ID 83342
5252801　　AGCO Finance LLC　　P.O. Box 2000　　Johnston, IA 50131−0020
5252802　　AgDirect　　P.O. Box 2409　　Omaha, NE 68103−2409
5252803　　Agri−Service Inc.　　c/o Stole Rives　　101 S. Capitol Blvd., Ste. 1900　　Boise, ID 83702
5252804　　Bill Nelson　　1975 W 3600 N　　Weston, ID 83286
5252805　　CitizenOne　　P.O. Box 42033　　Providence, RI 02940−2033
5252806　　Dockter & Hardwicke　　P.O. Box 743　　Rupert, ID 83350
5252807　　EFG　　88 East Broadway　　Eugene, OR 97401
5252808　　First Federal Bank　　P.O. Box 249　　Twin Falls, ID 83303
5252809　　First Federal Savings Bank　　383 Shoshone St N　　Twin Falls, ID 83301
5252810　　Ford Motor Credit　　P.O. Box 6248　　Dearborn, MI 48121
5252811　　G.J. Verti−Line Pumps, Inc.　　c/o Coleman, Ritchie & Jacobson　　P.O. Box 525　　Twin Falls, ID 83303
5252812　　Idaho State Tax Commission　　P.O. Box 36　　Boise, ID 83722
5252813　　Internal Revenue Service　　P.O. Box 7346　　Philadelphia, PA 19101−7346
5252814　　John Deere Financial　　6400 NW 86th Street　　P.O. Box 6600　　Johnston, IA 50131−6600
5252815　　Johnson May　　199 N. Capitol Blvd, Ste 200　　Boise, ID 83702
5252816　　Olsen Taggart PLLC　　P.O. Box 3005　　Idaho Falls, ID 83403
5252817　　Rafter Eleven LLC　　P.O. Box 65　　Medimont, ID 83842
5252818　　Redd Ranches LLC　　c/o Parsons Behle Latimer　　350 Memorial Dr., Ste 300　　Idaho Falls, ID 83402
5252819　　Riverview Ranches of Nevada LLC　　c/o: Ray, Quinney & Nebeker　　P.O. Box 45385　　Salt Lake City, UT 84145

TOTAL: 21